**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RODERICK BROWN, JR.,**

       **Plaintiff,**                              **Case No.:**

**v.**

**CHAD CHRONISTER, in his official capacity
as Sheriff of Hillsborough County, Florida,**

       **Defendant.**

_____/

## <u>DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION<br>FROM STATE COURT TO FEDERAL COURT</u>

Defendant, Chad Chronister, in his official capacity as Sheriff of Hillsborough County, Florida,[1] by and through the undersigned counsel, and under the authority of 28 U.S.C. § 1441, 28 U.S.C. § 1446, and Local Rule 1.06, hereby files this *Notice of Removal* in the United States District Court Middle District of Florida, Tampa Division, from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, where the action is now pending.  Defendant states as follows:

1.  Plaintiff's action against Defendant was commenced on or about May 29, 2024, in the Circuit Court of the Thirteenth Judicial Circuit, in and for

---

[1] This *Notice of Removal* is filed without waiving any service of process, jurisdictional, or other defenses.

Hillsborough County, Florida, where the action is now pending, and was assigned Case No. 24-CA-004334; Division A.

2. Process was served upon Defendant on June 12, 2024, and attached hereto is a copy of the documents served upon Defendant: *Summons, Complaint, and Differentiated Case Management Order & Notice of Case Management Hearing on 12/19/24 at 2:00 PM (General Circuit Civil Cases Filed After April 30, 2021).*

3. Plaintiff's action filed against Defendant alleges "[t]he amount of force used by the Sheriff was unnecessary and unreasonable", a civil rights violation under 42 U.S.C. § 1983.  As such, the United States District Court for the Middle District of Florida has jurisdiction of this matter under 28 U.S.C. § 1331, since Plaintiff's claim arises under the Constitution and laws of the United States.

4. In compliance with Local Rule 1.06(b), attached hereto is the Clerk of Court's Case Information list and copies of the following documents docketed in the state court matter which is the subject of removal by Defendant:

   o Doc. 1 - No Document (designated as File Home Location-Electronic);

   o Doc. 2 - No Document (designated as General Differentiated Case Management Applies);

- o Doc. 3 – Civil Cover Sheet

- o Doc. 4 – Request for Division Assignment (E-Filing))

- o Doc. 5. – Complaint

- o Doc. 6 – Request for Summons to be Issued (E-Filed)

- o Doc. 7 – General Differentiated Case Management Order

- o Doc. 8 – E-Filed Summons Issued

- o Doc. 9 – Affidavit of Service Returned Served

5. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of the filing of this *Notice of Removal* to Plaintiff and will file a copy of this *Notice of Removal* with the Hillsborough County Clerk of Court.

**WHEREFORE**, Defendant, Chad Chronister, in his official capacity as Sheriff of Hillsborough County, respectfully requests that this action proceed in the United States District Court, Middle District of Florida, Tampa Division, as an action properly removed to it from the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

Respectfully submitted on this 11th day of July, 2024.

*/s/ Jill H. Harris*

Jill Hamel Harris, Esquire, Lead Trial Counsel,
Electronic Mail: jhharris@teamhcso.com
Florida Bar No.: 583464
Michelle S. Maxwell, Esquire, Trial Counsel,
Electronic Mail: mmaxwell@teamhcso.com
Florida Bar No.: 28110

Attorneys for Chad Chronister, in his official capacity
as Sheriff of Hillsborough County,
2008 East 8th Avenue
Post Office Box 3371
Tampa, Florida 33601
Telephone: (813) 247-8019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11th, 2024, I electronically filed *Defendant's Notice of Removal of Civil Action from State Court to Federal Court* with the Clerk of Court using the CM/ECF system and sent a true copy via U.S. Mail to Anthony C. Halmon, Esquire, 2801 W. Busch Blvd., Suite 200, Tampa, Florida 33618.

    */s/ Jill H. Harris*
Jill Hamel Harris, Esquire